UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **Criminal No. 22-CR-00544-H** |
| § | |
| **TOMAS G. RODRIGUEZ** § | |
| Defendant. § | |
| § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Sheriff, Harris County Jail, 701 N San Jacinto St, Houston, TX 77002

TO:   United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

GREETINGS:  Harris County Jail, 701 N San Jacinto St, Houston, TX 77002

We command that you have **TOMAS G. RODRIGUEZ, DOB: 04/10/1991, SPN 02369894,** now duly committed to the custody of the Harris County Jail, 701 N San Jacinto St, Houston, TX 77002, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas, on the 20th day of July 2023, at 02:00 P.M. , there and at that time to appear for an arraignment and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and after all proceedings have been disposed of, that you return him to the Sheriff of Harris County Jail, 701 N San Jacinto St, Houston, TX 77002, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this 10th day of July 2023.

*Dena Palermo*
HONORABLE DENA HANOVICE PALERMO
UNITED STATES MAGISTRATE JUDGE